IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SHAWNTYE FRAZIER, et al.

v.                          :   Civil Action No. DKC 25-917

ONEWALL COMMUNITIES LLC, et al.

**MEMORANDUM OPINION**

Defendants OneWall Communities LLC ("OneWall"), Heather Hill Operating Company LLC ("HHOC"), and Heather Hill Property Company LLC ("HHPC") jointly removed this action from the Circuit Court for Prince George's County, Maryland on March 20, 2025, asserting diversity jurisdiction. (ECF No. 1). The removal notice purported to state the citizenship of the Defendants, but was deficient as to HHOC because the information did not trace the citizenship of its members down to individuals or corporations.

The Clerk issued notice of the court's Standing Order on March 21, 2025, which directs removing parties to respond to a series of questions in fourteen (14) days. (ECF No. 6). Pursuant to Standing Order 2021-13, the Defendants must file a response to the court's standing order answering, in part, whether any defendants who have been served are citizens of Maryland, and, for any entity that is not a corporation, the citizenship of all members.

The court issued a paperless order on March 27, 2025, directing HHOC to supplement its Rule 103.3 disclosure to identify its members concluding with individual and/or corporate members and their states of citizenship. (ECF No. 12). After receiving multiple extensions of time, HHOC filed a supplement on October 21, 2025. (ECF No. 26). However, the supplement failed to provide all the needed information. HHOC acknowledges in its supplement that "At this time, we do not have additional information regarding OneWall Co-Investment Fund I LP or the Ron Kutas Revocable Trust." (ECF No. 26). Thus, removing defendants have not established that all defendants are diverse from all plaintiffs (citizens of Maryland). Plaintiffs did not move to remand based on the procedural defect in the removal notice, and, thus, the tardiness of providing information will not result in remand. The court, however, has an independent duty to analyze whether subject matter jurisdiction exists.

HHOC must provide the citizenships of OneWall Co-Investment Fund I LP and the Ron Kutas Revocable Trust, by tracing the members through to individuals or corporations. A motion to dismiss is pending and the court cannot wait indefinitely to ascertain its

jurisdiction.[1]  HHOC must provide the information no later than November 21, 2025, or show cause why this complaint should not be remanded to state court.


                                    _____/s/_____
                                    DEBORAH K. CHASANOW
                                    United States District Judge

---

[1] The motion to dismiss was filed in March, but only recently became ripe because the parties were engaged in settlement discussions.